# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-00967-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |
| ADALBERTO JESUS MEDINA-LIBORIO, | |
| Defendant. | |

Upon motion of the government and good cause appearing, the Court **GRANTS** the motion to dismiss. It is the Judgment of the Court the Indictment [Dkt. No. 14] is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 3/9/2022

HON. CATHY ANN BENCIVENGO
United States District Court Judge